AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

The Annuity, Pension, Welfare and Apprenticeship
Skill Improvement & Safety Funds of the
International Union of Operating Engineers Local
137, 137A, 137B, 137C & 137R et al.

V.

ACK Management Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08 CIV. 5350

BRIEANT

TO: (Name and address of defendant)

ACK Management Corp.
649 Wilmot Road
Scarsdale, New York 10583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

_(signature)_
(BY) DEPUTY CLERK

DATE: JUN 11 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5350        AND FILED ON        6/11/2008

THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL    Plaintiff(s)/Petitioner(s)

Vs.

ACK MANAGEMENT CORP.    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  6/19/2008  at  4:25PM , deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT
Party Served:    ACK MANAGEMENT CORP.                    (herein called recipient) therein named.
At Location:     68 GAYLORD ROAD
                 SCARSDALE NY  10583

By delivering to and leaving with  BEN ACOCELLA  and that deponent knew the person so served to be the  MANAGING AGENT  of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: WH    Color of Hair: GRAY
Age: 68   Height: 5'8"
Weight: 180    Other Features:

Sworn to before me on  6/20/2008

*Gail Williams* (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

*Joseph Vallone* (signature)
Joseph Vallone
Server's License#:  1100190