UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,       **REQUEST TO**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI  **CLERK FOR**
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,  **ENTRY OF DEFAULT**
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY    08-CIV-5350 (CLB)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

                                                Plaintiffs,

    -against-

ACK MANAGEMENT CORP.,

                                                Defendant.
------------------------------------------------------------------X

    TO:    J. MICHAEL McMAHON, Clerk of the United States District
                Court for the Southern District of New York

    Please enter the default of Defendant ACK MANAGEMENT CORP. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on July 11, 2008.

Dated:  Hastings-on-Hudson, New York
           July 11, 2008

                                                BRADY McGUIRE & STEINBERG, P.C.

                                     By:  _____
                                          James M. Steinberg (JS-3515)
                                          Attorneys for Plaintiffs
                                          603 Warburton Avenue
                                          Hastings-on-Hudson, New York 10706
                                          (914) 478-4293

TO:    ACK MANAGEMENT CORP.
          68 Gaylord Road
          Scarsdale, New York 10583

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,             **NOTICE OF**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI         **MOTION FOR**
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,  **DEFAULT JUDGMENT**
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY           08-CIV-5350 (CLB)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

                                    Plaintiffs,

    -against-

ACK MANAGEMENT CORP.,

                                    Defendant.
------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the Affidavit of JAMES M. STEINBERG, ESQ., sworn to on the 11th day of July, 2008, Plaintiffs' Statement of Damages, and upon all of the prior papers and proceedings heretofore served and had herein, Plaintiffs, by their attorneys BRADY McGUIRE & STEINBERG, P.C., will move this court, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, before the Honorable Charles L. Brieant, at a date and time scheduled by the Court, for a judgment of default against Defendant ACK MANAGEMENT CORP. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure in the amount of $47,219.65, together with such other and further relief as this Court may deem just, proper and equitable.

Dated: Hastings-on-Hudson, New York
       July 11, 2008                          Respectfully submitted,

                                              BRADY McGUIRE & STEINBERG, P.C.

                                              By: _____
                                                  James M. Steinberg (JS-3515)
                                                  Attorneys for Plaintiffs
                                                  603 Warburton Avenue
                                                  Hastings-on-Hudson, New York 10706
                                                  (914) 478-4293

TO:     ACK MANAGEMENT CORP.
            68 Gaylord Road
            Scarsdale, New York 10583