UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,    **DEFAULT JUDGMENT**
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY    08-CIV-5350 (CLB)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

Plaintiffs,

-against-

ACK MANAGEMENT CORP.,

Defendant.
-----------------------------------------------------------------------X

This action having been commenced on June 11, 2008 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been personally served on the

Defendant ACK MANAGEMENT CORP. on April 26, 2008, by a Process Server, personal

service upon Ben Acocella, the Managing Agent for the Defendant, and a proof of service having

been filed on June 24, 2008 via the ECF System, and the Defendant not having answered the

Complaint, and the time for answering the Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have judgment against

the Defendant in the principal amount of $37,011.60, liquidated damages in the amount of

$7,402.32, with interest at 10% as prescribed by the applicable Collective Bargaining Agreement

from April 1, 2008 through July 11, 2008, in the amount of $1,034.73, together with the costs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

and disbursements of this action in the amount of $460.00 and attorneys' fees in the amount of

$1,311.00, for a total liquidated amount of $47,219.65, and it is further

    **ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs

be entered as a final judgment against Defendant ACK MANAGEMENT CORP. and the Clerk

of the Court is directed to enter such Judgment forthwith.

Dated:  White Plains, New York
      ~~July~~ _4_, 2008
      August

SO ORDERED:

_Cathy Seibel_
~~The Honorable Charles L. Brieant~~
United States District Judge